MARY CARPINK, Respondent, *v.* FRED KARPINK, Defendant. PETER A. LAURIA, Appellant.

(2 cases)

Submitted October 4, 1943; decided October 14, 1943.

*Robert L. Bobrick* for motions.

*Jesse Friedman* and *Nathaniel H. Brower* opposed.

Motion for a stay denied, with ten dollars costs.

Motion to dismiss appeal denied, with ten dollars costs.